**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

|  |  |  |
|---|---|---|
| DANNY L. ABBOTT, *et al.*, | ) | |
| Plaintiffs, | ) | No. 15-211 |
| v. | ) | Filed: June 10, 2026 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On June 8, 2026, Plaintiffs filed a Notice of Acceptance of the United States' Offer of Judgment in accordance with Rule 68(a) of the Rules of the United States Court of Federal Claims ("RCFC"). ECF No. 285. As stated by the Government, "this offer of judgment concludes all claims for just compensation, including interest, and encompasses any and all claims for damages and just compensation which were alleged or could have been alleged by Wendell R. Shockley (including any representative) in this action." Offer of J. at 2, ECF No. 285-1.

The Court has determined pursuant to RCFC 54(b) that there is no just reason for delay and thus directs the Clerk to enter judgment in favor of the accepting plaintiff, Scott G. Shockley, as Representative of Wendell R. Shockley, in the total amount of $4,861 for just compensation and interest through September 30, 2025, plus additional interest of $0.69 per day from September 30, 2025, until the judgment is paid.

**SO ORDERED**.

Dated: June 10, 2026

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS
Judge